U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2016
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:15-CR-00215-O |
| RICHARD FERDINAND TOUSSAINT, JR. | |

### VERDICT OF THE JURY

We, the Jury, find Defendant, Richard Ferdinand Toussaint, Jr.:

"Guilty" or "Not Guilty" as to Count 1 of the Superseding Indictment: __Guilty__

"Guilty" or "Not Guilty" as to Count 2 of the Superseding Indictment: __Guilty__

"Guilty" or "Not Guilty" as to Count 3 of the Superseding Indictment: __Guilty__

"Guilty" or "Not Guilty" as to Count 5 of the Superseding Indictment: __Guilty__

"Guilty" or "Not Guilty" as to Count 6 of the Superseding Indictment: __Guilty__

"Guilty" or "Not Guilty" as to Count 7 of the Superseding Indictment: __Guilty__

"Guilty" or "Not Guilty" as to Count 8 of the Superseding Indictment: __Guilty__

Signed this 3rd day of March, 2016.

_Angela Lovelace_
Foreperson

15